# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

U.S. BANK; *et.al.*,

        Plaintiffs,

vs.

SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; *et.al.*,

        Defendants.

Case No. 2:15–cv–1484–KJD–VCF

**ORDER**

COUNTER MOTION TO COMPEL (ECF NO. 52)

      This matter involves U.S Bank's civil action against Southern Highlands, SFR Investments, and other Defendants. Before the court is SFR's counter motion to compel (ECF No. 52). U.S. Bank's response was due on May 20, 2016. LR 7-2(b). As of May 25, 2016, the court has not received U.S. Bank's response.

      Pursuant to Local Rule 7-2(d), failure to oppose a motion constitutes to consent to the granting of that motion. SFR's counter motion to compel is therefore granted.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that SFR's counter motion to compel (ECF No. 52) is GRANTED. On or before June 25, 2016, U.S. Bank must produce documents responsive to requests for production 1, 4, 9, 16, and 17.

      IT IS SO ORDERED.

      DATED this 25th day of May, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE