# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Bank, National Association | **DEFAULT** |
| | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number:  2:15-cv-01484-KJD-GWF |
| Southern Highlands Community Association, et al | |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff U.S. Bank, National Association and against Defendant Alessi & Koenig, LLC.

| | |
|---|---|
| 12/20/2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ S. Denson |
| | Deputy Clerk |